IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: VINCENT E. PRATT, | : | Bankruptcy No. 15-20229 |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| VINCENT E. PRATT, | : | |
| | : | |
| Movant | : | |
| | : | Related Doc. No.: 40 |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, Chapter 13 Trustee, | : | |
| | : | |
| Respondent(s) | : | |

## RESPONSE TO TRUSTEE'S CERTIFICATE OF DEFAULT REQUESTING DISMISSAL OF CASE

1.  The Debtor receives income from the Ohio BWC.  A wage attachment was instituted on the Ohio BWC at the commencement of this case.  In June, 2016 the trustee's address changed and Debtor's counsel notified Ohio BWC by letter and by telephone call.  Apparently Ohio BWC is sending the money to the wrong address and has been contacted again, concerning the correct address to send the money to.

Respectfully Submitted:

By:/s/Joseph E. Fieschko, Jr.
Joseph E. Fieschko, Jr.
Fieschko and Associates
Suite 2230
Pittsburgh, PA  15219
412-281-2204
PA I.D.#28797
joe@fieschko.com

# CERTIFICATE OF SERVICE

      I, Joseph E. Fieschko, Jr., attorney for the Debtor, do hereby swear, under penalty of perjury, that I have served by First Class Mail and Electronic Filing, the Response to Trustee's Certificate of Default Requesting Dismissal of Case on the following:

Electronic Filing:
Ronda J. Winnecour, Chapter 13 trustee
Office of the US Trustee

First Class Mail:
Vincent Pratt
12 Collins Avenue
Uniontown, PA  15401

Dated: September 29, 2016                                              By:/s/Joseph E. Fieschko, Jr.
                                                                            Joseph E. Fieschko, Jr., Esquire