**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Vincent E Pratt**
   Debtor(s)

Bankruptcy Case No.: 15–20229–CMB

Chapter: 13
Docket No.: 42 – 40
Concil. Conf.: January 26, 2017 at 10:00 AM

## ORDER

     **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

     **IT IS HEREBY ORDERED** that, on or before **November 14, 2016,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

     1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

     2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

     **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

     On or before **November 28, 2016,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

     On **January 26, 2017** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

     If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

     This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 29, 2016

     Carlota M. Bohm
     United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                          Case No. 15-20229-CMB
Vincent E Pratt                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2         User: kthe              Page 1 of 2          Date Rcvd: Sep 29, 2016
                             Form ID: 410            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2016.
db             +Vincent E Pratt,   12 Collins Avenue,    Uniontown, PA 15401-3806
13985378       +Barclays Bank Delaware,    PO Box 8803,   Wilmington,DE 19899-8803
13985379       +CFC,   1807 W. Diehl Road,    Naperville, IL 60563-1890
13985380       +CFC,   1807 W. Diehl Road,    Napperville, IL 60563-1890
13985381       +Capital One Bank,   PO Box 30281,   Salt Lake City, UT 84130-0281
14003103        Capital One Bank (USA), N.A.,    PO Box 71083,   Charlotte, NC  28272-1083
13985384       +Direct TV,   507 Prudential Road,   Horsham, PA 19044-2308
13985385       +Dish Newrork,   PO Box 3097,   Bloomington, IL 61702-3097
13985386       +Exxon Mobil/Citibank,    PO Box 6497,   Sioux Falls, SD 57117-6497
13985389       +First Data Merchand,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
13985390       +First Data Merchant SVCS,    4000 Coral RidgeDrive,    Coral Springs, FL 33065-7614
13985391       +First National Bank of Pennsylvania,    PO Box 129,   Monroeville, PA 15146-0129
13985392       +GE Capital,   500 Summit Lake Drive,    Valhalla, NY 10595-1340
13985393       +GE Money Retail Bank,    4340 S.Monaco Street,2nd Floor,    Denver,CO 80237-3485
13985394       +GECRBPAYSMARTCONN,   PO Box 965005,   Orlando, FL 32896-5005
13985397       +M&T Bank,   c/o McCabe, Weisberg & Conway,    123 South Brod Street, Ste 1400,
                 Philadelphia, PA 19109-1060
13985398       +Medical Health Care/Uniontown Hospital,   91614th St,    PO Box 988,   Harrisburg, PA 17108-0988
13985401       +Montgomery Wards,   1112 7th Avenue,   Monroe, WI 53566-1364
13985402       +Moontgomery Wards/Home Visions,    1112 7th Avenue,   Monroe, WI 53566-1364
13985403       +Navy FCU,   PO Box 3700,   Merrifield, VA 22119-3700
13985407        Sears,   133200 Smith Road,   Cleveland, OH 44130
13985408       +Sprint,   PO Box 57547,   Jacksonville, FL 32241-7547
14013103       +Stoneberry,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,   Dallas, TX 75380-0849
13985409       +Sunoco Citi Bank,   PO Box 6497,   Sioux Falls, SD 57117-6497
13985410       +Sunoco/Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
13985411       +Verizon,   500 Technology Dr. Ste 300,    Weldon Spring, MO 63304-2225
13985412        WEBBABJ/DFS,   PO Boix 81607,   Austin, TX 787081607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13992104        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2016 01:55:51
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
14009389        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2016 02:11:10
                 American InfoSource LP as agent for,    First Data Global Leasing,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
14018336        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2016 01:42:21
                 American InfoSource LP as agent for,    Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
13989306        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 30 2016 01:43:31
                 American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK  73126-8941
13992102       +E-mail/Text: ebn@squaretwofinancial.com Sep 30 2016 01:25:33      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,   Denver, CO 80237-3485
14013962       +E-mail/Text: bncmail@w-legal.com Sep 30 2016 01:25:05      CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13986160       +E-mail/Text: bankruptcy@cavps.com Sep 30 2016 01:25:20      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13985382       +E-mail/Text: creditonebknotifications@resurgent.com Sep 30 2016 01:23:49      Credit One Bank,
                 PO Box 98873,   Las Vegas, NV 89193-8873
13985388       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2016 01:25:39      Fingerhut,
                 6250 Ridgewood Roiad,    St. Cloud, MN 56303-0820
13985387       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2016 01:25:39      Fingerhut,
                 6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
14051676       +E-mail/Text: Hcabankruptcy-courtnotices@hcamerica.com Sep 30 2016 01:25:48
                 Hyundai Capital America DBA,    Hyundai Motor Finance,    PO Box 20809,
                 Fountain Valley, CA 92728-0809
13985395       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:42:56      JC Penneys,    PO Box 965007,
                 Orlando, FL 32896-5007
13985396       +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:39:56      Lowes,    PO Box 965005,
                 Orlando, FL 32896-5005
14001071        E-mail/Text: camanagement@mtb.com Sep 30 2016 01:24:05      M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13985399       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2016 01:24:45      Midland Credit Mgmt.,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13985400       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 30 2016 01:24:45      Midland Funding,
                 8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13997074        E-mail/Text: ext_ebn_inbox@navyfederal.org Sep 30 2016 01:26:03      Navy Federal Credit Union,
                 PO Box 3000,   Merrifield, VA 22119-3000
13985405        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 01:41:43
                 Portfolio Recovery,    Riverside Commerce Center,    120 Corporate Blvd. Ste 100,
                 Norfolk, VA 23502
14050632        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 01:40:10
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
```

```
District/off: 0315-2           User: kthe              Page 2 of 2              Date Rcvd: Sep 29, 2016
                               Form ID: 410            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13985406        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:39:56      Sams Club,   4125 Windward Plz.,
                 Alopharetta, GA 30005-8738
13985413         E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2016 01:25:39       WEBBANK/GETTINHTON,
                 6509 Flying Cloud Drve,   Eden Prarie MN 553443307
13985414        +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 01:41:32      Walmart,   PO Boix 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T BANK
13985383*      +Credit One Bank,   PO Box 98873,   Las Vegas, NV 89193-8873
13985404     ##+Pennsylvania Housing Finance,   2101 N. Front Street,   Harrisburg, PA 17110-1086
                                                                                  TOTALS: 1, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2016 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor   M&T BANK agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Joseph E. Fieschko, Jr.    on behalf of Debtor Vincent E Pratt joe@fieschko.com,    rcfishko@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```