IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VINCENT PRATT<br>　　　Debtor | BANKRUPTCY NO. 15-20229-CMB<br>CHAPTER 13 |
| VINCENT PRATT,  | Conciliation Conf:<br>01/26/2017@10:00 AM |
| 　　　Movant | Related Doc. #: 42 |
| vs. | |
| RONDA J. WINNECOUR,<br>Chapter 13 Trustee, | |
| 　　　Respondent | |

## NOTARIZED AFFIDAVIT

I, Joseph E. Fieschko, Jr., attorney for the debtor, do hereby certify under penalty of perjury, that the debtor's current mailing address is correct at 12 Collins Avenue, Uniontown, PA 15401. This plan is funded by a wage attachment on the Ohio Bureau of Workers' Compensation. The wage attachment was instituted at the commencement of the case. In June, 2016 the trustee's address changed from Memphis to Chicago. Debtor's counsel notified Ohio Bureau of Workers' Compensation by letter and by telephone of the change. Since then, Ohio Bureau of Workers' Compensation has continued to deduct the plan payments from the claimant's worker's compensation benefits, but the trustee has not received these benefits. I have again, contacted the Ohio Bureau of Workers' Compensation and was directed to a specific individual concerning this matter. I spoke to her and told her that she needed to begin forwarding the funds to the new Chicago address, and not to the old Memphis address. I also told her that any funds that have come back to the Ohio Bureau of Workers' Compensation should be forwarded to the new Chicago address.

Dated: October 3, 2016                    _____
                                          Joseph E. Fieschko, Jr., Esquire


State of Pennsylvania
County of Allegheny

On this _____day of _____, 2016, before me personally appeared Joseph E. Fieschko, Jr. to me personally known and to be the person(s) individually or jointly described in and who executed the above instrument and who acknowledged to me the act of signing and sealing this document.


My term expires_____20_____


_____
Notary Public

# AFFIDAVIT OF SERVICE

      I, Joseph E. Fieschko, Jr., attorney for the debtor, do hereby swear, under penalty of perjury, that I have served, by Electronic Filing, a true and correct copy of the Notarized Affidavit on the following:

Ronda J. Winnecour, Chapter 13 Trustee
Office of the US Attorney

Dated:  October 3, 2016                                    By:/s/Joseph E. Fieschko, Jr.
                                                                                   Joseph E. Fieschko, Jr.