# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: VINCENT E PRATT
- Case Number: 15-20229-CMB    Chapter: 13
- Date / Time / Room: THURSDAY, JANUARY 26, 2017 10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
2/1/17 9:35 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#40 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor

#46 Amended Plan Dated 12/14/2016 (FC)
R / M #: 40 / 0

**Appearances:**

- Debtor: Freshko
- Trustee: Winnecour / Bedford / Pail / (Katz) [Katz circled]
- Creditor:

*Handwritten note:* Still receiving workers comp from Ohio - default because it stopped withholding.

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 3/2/17.
   Objections are due on or before 3/24/17.
   A hearing on the Amended Plan is set for 4/13/17 at 3:00 pm.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Handwritten note:* Plan contains error in mortgage payment. Debtor wishes to amend. Ct 4 for 2nd amendment to plan