IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  VINCENT E. PRATT, | : | Bankruptcy No. 15-20229 |
| | : | |
| Debtor(s) | : | |
| | : | Chapter 13 |
| VINCENT E. PRATT, | : | |
| | : | |
| Movant | : | |
| | : | Doc No.53 - 50 |
| v. | : | |
| | : | |
| RONDA J. WINNECOUR, Chapter 13 Trustee, | : | Concil Conf: 04/13/ 2017@3:00 PM |
| | : | |
| Respondent(s) | : | |

CERTIFICATE OF SERVICE OF NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED PLAN DATED DECEMBER 15, 2015 WITH ORDER SETTING DATES

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 3, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail and Electronic Filing.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

Electronic Filing:
Office of the US Attorney
Ronda J. Winnecour, Chapter 13 Trustee

First Class Mail:

Barclays Bank Delaware
PO Box 8803
Wilmington, DE  19899

CFC
1807 W. Diehl Road
Naperville, IL  60563

CFC
1807 W. Diehl Road
Napperville, IL 60563

Capital One Bank
PO Box 30281
Salt Lake City, UT  84130

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Direct TV
507 Prudential Road
Horsham, PA 19044

Dish Network
PO Box 3097
Bloomington, IL 61702

Exxon Mobil/Citibank
PO Box 6497
Sioux Falls, SD 57117

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

Fingerhut
6250 Ridgewood Road
St. Cloud, MN  56303

First Data Merchant
4000 Coral Ridge Drive
Coral Springs, FL 33065

First Data Merchant SVCS
4000 Coral Ridge Drive
Coral Springs, FL 33065

First National Bank of Pennsylvania

PO Box 129
Monroeville, PA  15146

GE Capital
500 Summit Lake Drive
Valhalla, NY 10595

GE Money Retail Bank
4340 S. Monaco Street, 2nd Floor
Denver, CO  80237

GECRBPAYSMARTCONN
PO Box 965005
Orlando, FL  32896

JC Penney's
PO Box 965007
Orlando, FL 32896

Lowes
PO Box 965005
Orlando, FL  32896

M&T Bank
c/o McCabe, Weisberg & Conway
123 South Broad Street, Ste 1400
Philadelphia, PA  19109

Medical Health Care/Uniontown Hospital
91614th St
PO Box 988
Harrisburg, PA  17198

Midland Credit Mgmt.
8875 Aero Drive, Ste 200
San Diego, CA 92123

Midland Funding
8875 Aero Drive, Ste 200
San Diego, CA  92124

Montgomery Wards
1112 7th Avenue
Monroe, WI I535661

Montgomery Wards/Home Visions

1112 7th Avenue
Monroe, WI 53566

Navy FCU
PO Box 3700
Merrifield, VA  22119

Pennsylvania Housing Finance
2101 N. Front Street
Harrisburg, PA  17110

Portfolio Recovery
Riverside Commerce Center
120 Corporate Blvd. Ste 100
Norfolk, VA 23502

Sam's Club
4125 Windward Plz.
Alpharetta, GA  300005

Sears
133200 Smith Road
Cleveland, OH 44130

Sprint
PO Box 57547
Jacksonville, FL  32241

Sunoco Citi Bank
PO Box 6497
Sioux Falls, SD 57117

Sunoco/Citibank
PO Box 6497
Sioux Falls, SD  57117

Verizon
500 Technology Dr. Ste 300
Weldon Spring, MO 63304

WEBBABJ/DFS
PO Box 81607
Austin, TX 787081607

WEBBANK/GETTINHTON
6509 Flying Cloud Drive

Eden Prairie, MN 553443307

Walmart
PO Box 965024
Orlando, FL 32896

Date:   <u>February 3, 2017</u>                By:/s/<u>Joseph E. Fieschko, Jr.</u>
                                                            Joseph E. Fieschko, Jr.
                                                            Fieschko and Associates
                                                            2230 Koppers Building
                                                            Pittsburgh, PA  15219
                                                            412-281-2204
                                                            PA I.D.#28797