IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: VINCENT E. PRATT, | BANKRUPTCY CASE NO. 15-20229 |
| Debtor | CHAPTER 13 |
| | RELATED CLAIM NO.: 10 |
| M&T BANK, | |
| Movant | |
| vs. | |
| VINCENT E. PRATT and RONDA J. WINNECOUR, Chapter 13 Trustee, | |
| Respondents | |

### DECLARATION THAT THE EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT OF M&T BANK

I, Joseph E. Fieschko, Jr., do hereby declare that the existing plan payment of $640.00 per MONTH is sufficient to fund the plan with the modified mortgage payment. Specifically, the escrow payment changed from $189.93 to $180.75 a decrease of $9.18. The existing plan payment is sufficient to fund the plan with the modified escrow payment.

By:/a/ Joseph E. Fieschko, Jr.
Joseph E. Fieschko, Jr.
Fieschko and Associates, Inc.
Suite 2230, 436 7th Avenue
Pittsburgh, PA  15219
412-281-2204
PA I.D.#: 28797
joe@fieschko.com
FAX 412-338-9169

## CERTIFICATE OF SERVICE

     I, Joseph E. Fieschko, Jr., of Fieschko and Associates, Inc., do hereby swear, under penalty of perjury, that I have served by Electronic Filing and First Class Mail, a true and correct copy of the Declaration That the Existing Chapter 13 Plan is Sufficient to Fund Plan With the Modified Debt of M&T Bank on the following:

Electronic Filing:
Ronda J. Winnecour, Chapter 13 trustee
Office of the US Trustee

First Class Mail:
James C. Warmbrodt
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

Dated:  November 16, 2017                                       By:/s/Joseph E. Fieschko, Jr.
                                                                                              Joseph E. Fieschko, Jr., Esquire
                                                                                              Attorney for the Debtors
                                                                                              Fieschko and Associates, Inc.
                                                                                              Suite 2230
                                                                                              436 7th Avenue
                                                                                              Pittsburgh, PA  15219
                                                                                              412-281-2204