IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 15-20229-CMB |
| VINCENT E. PRATT, | CHAPTER 13 |
| | DOC. NO. |
| Debtor | Hearing Date: 11/29/2018@10:00 AM |
| VINCENT E. PRATT, | Response Due: 11/21/2018 |
| Movant | |
| RONDA WINNECOUR, trustee, | |
| Respondent | |

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than November 21, 2018 i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on November 29, 2018 at 10:00 a.m. before Judge Carlota M. Bohm in Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service: October 10, 2018

By:/s/ Joseph E. Fieschko, Jr.
Joseph E. Fieschko, Jr., Esquire
Fieschko and Associates, Inc.
2230 Koppers Building
436 7th Avenue

PA I.D.#28797

PA I.D.#28797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 15-20229-CMB |
| VINCENT E. PRATT, | CHAPTER 13 |
| | DOC. NO. |
| Debtor | Hearing Date: 11/29/2018@10:00 AM |
| VINCENT E. PRATT, | Response Due: 11/21/2018 |
| Movant | |
| RONDA WINNECOUR, trustee, | |
| Respondent | |

### AFFIDAVIT OF SERVICE

I, Joseph E. Fieschko, Jr., Esquire, Attorney for the Debtor, do hereby certify under penalty of perjury that I have served by first class mail a true and correct copy of the Notice of Hearing with Response Deadline on Motion Convert Case from Chapter 13 to Chapter 7 on the following:

Electronic filing:
Office of the U.S. Trustee
Ronda J. Winnecour, Esquire

First Class Mail:
```
Barclays Bank Delaware
PO Box 8803
Wilmington, DE  19899

CFC
1807 W. Diehl Road
Naperville, IL 60563

Capital One Bank
PO Box 30281
Salt Lake City, UT  84130

Credit One Bank
PO Box 98873
```

```
Direct TV
507 Prudential Road
Horsham, PA 19044

Dish Network
PO Box 3097
Bloomington, IL 61702

Exxon Mobil/Citibank
PO Box 6497
Sioux Falls, SD 57117

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

First Data Merchant
4000 Coral Ridge Drive
Coral Springs, FL 33065

First Data Merchant SVCS
4000 Coral Ridge Drive
Coral Springs, FL 33065

First National Bank of Pennsylvania
PO Box 129
Monroeville, PA  15146

GE Capital
500 Summit Lake Drive
Valhalla, NY 10595

GE Money Retail Bank
4340 S. Monaco Street, 2nd Floor
Denver, CO  80237

GECRB PAY SMART CONN
PO Box 965005
Orlando, FL  000032896

JC Penney's
PO Box 965007
Orlando, FL 32896

Lowes
PO Box 965005
Orlando, FL  32896

M&T Bank
c/o McCabe, Weisberg & Conway
123 South Broad Street, Ste 1400
Philadelphia, PA  19109

Medical Health Care/Uniontown Hospital
9161 4th St
PO Box 988
Harrisburg, PA  17198

Midland Funding
8875 Aero Drive, Ste 200
San Diego, CA  92124
```

Montgomery Ward/Home Visions
1112 7th Avenue
Monroe, WI 53566

Navy FCU
PO Box 3700
Merrifield, VA  22119

Pennsylvania Housing Finance
2101 N. Front Street
Harrisburg, PA  17110

Portfolio Recovery
Riverside Commerce Center
120 Corporate Blvd. Ste 100
Norfolk, VA 23502

Sam's Club
4125 Windward Plz.
Alpharetta, GA  300005

Sears
133200 Smith Road
Cleveland, OH 44130

Sprint
PO Box 57547
Jacksonville, FL  32241

Sunoco Citi Bank
PO Box 6497
Sioux Falls, SD 57117

Verizon
500 Technology Dr. Ste 300
Weldon Spring, MO 63304

WEBBABJ/DFS
PO Box 81607
Austin, TX 787081607

WEBBANK/GETTINHTON
6509 Flying Cloud Drive
Eden Prairie MN 553443307

Walmart
PO Box 965024
Orlando, FL 32896


Dated:  <u>October 10, 2018</u>           By:/s/ <u>Joseph E. Fieschko, Jr.</u>
                                          Joseph E. Fieschko, Jr.
                                          Fieschko and Associates, Inc.
                                          2230 Koppers Building
                                          Pittsburgh, PA  15219
                                          412-281-2204
                                          PA I.D.#28797