IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Vincent E. Pratt,                                : BANKRUPTCY NO. 15-20229 CMB
                                                 :
                                                 : CHAPTER 7
       Debtor                                :
                                                 :
                                                 :

Vincent E. Pratt,

       Movant

vs.

Ronda J. Winnecour, Trustee,

       Respondent

DEBTORS' SCHEDULE OF UNPAID DEBTS INCURRED AFTER
COMMENCEMENT OF THE CHAPTER 13 CASE AND BEFORE CONVERSION

       None.

/s/Joseph E. Fieschko Jr.
Attorney for the Debtor
Joseph E. Fieschko Jr., Esquire
Suite 2230
436 Seventh Avenue
Pittsburgh PA  15219
(412)  281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#:28797

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Vincent E. Pratt, | : BANKRUPTCY NO. 15-20229 CMB |
| | : |
| | : CHAPTER 7 |
| Debtor | : |
| | : |
| | : |

Vincent E. Pratt,

      Movant

vs.

Ronda J. Winnecour, Trustee,

      Respondent

## CERTIFICATE OF SERVICE

I, Joseph E. Fieschko Jr., Esquire, certify under penalty of perjury that I have served true and correct copies of Debtor's Schedules of Unpaid Debts Incurred After Commencement of the Chapter 13 Case and Before Conversion on the following on October 17, 2018 by Electronic Filing:

Electronic filing:
Office of the U.S. Trustee
Ronda J. Winnecour, Esquire

EXECUTED ON:  October 17, 2018        By: Joseph E. Fieschko, Jr.
Joseph E. Fieschko Jr., Esquire
Attorney for the Debtors
Suite 2230
436 Seventh Avenue
Pittsburgh PA  15219
(412)  281-2204
FAX 412-338-9169
joe@fieschko.com
PA I.D.#:28797