**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| VINCENT E PRATT | Case No.:15-20229 |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/23/2015 and confirmed on 03/03/2015 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 17,835.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 17,830.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,875.19 | |
| Trustee Fee | 736.73 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,611.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK** | 0.00 | 13,668.91 | 0.00 | 13,668.91 |
| Acct: 0098 | | | | |
| PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 182 | | | | |
| M & T BANK** | 7,852.67 | 549.17 | 0.00 | 549.17 |
| Acct: 0098 | | | | |
| | | | | 14,218.08 |
| **Priority** | | | | |
| JOSEPH E FIESCHKO JR ESQ | 2,900.00 | 2,875.19 | 0.00 | 0.00 |
| Acct: | | | | |
| VINCENT E PRATT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VINCENT E PRATT | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FIESCHKO & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| M & T BANK** | 425.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0098 | | | | |

| 15-20229 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

Unsecured

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| FIRST NATIONAL BANK OF PA(*)<br>Acct: 126 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISH NETWORK<br>Acct: XX4636 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINT CORP(*)<br>Acct: 1047 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 9471 | 761.38 | 0.00 | 0.00 | 0.00 |
| CACH LLC**<br>Acct: 9295 | 1,042.20 | 0.00 | 0.00 | 0.00 |
| UNIONTOWN HOSPITAL<br>Acct: XXXXXXX0611 | 0.00 | 0.00 | 0.00 | 0.00 |
| DIRECTV (*) - TRUSTEE PAYMENTS<br>Acct: 2409 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V<br>Acct: 7756 | 147.77 | 0.00 | 0.00 | 0.00 |
| WAL MART++<br>Acct: XXXXXXXX1188 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 0496 | 1,729.27 | 0.00 | 0.00 | 0.00 |
| GEMB/JCPENNEY++<br>Acct: XXXXXXXX3000 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1545 | 588.83 | 0.00 | 0.00 | 0.00 |
| SEARS/CITI CARD USA*++<br>Acct: XXXXXXXXX0699 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 9443 | 2,170.46 | 0.00 | 0.00 | 0.00 |
| MONTGOMERY WARD(*)++<br>Acct: XXXX2273 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP O/B/O MIDLAI<br>Acct: 4178 | 1,800.14 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP - AGENT FIRS<br>Acct: 000 | 954.80 | 0.00 | 0.00 | 0.00 |
| FINGERHUT<br>Acct: XXXXXXXX7526 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP O/B/O MIDLAI<br>Acct: 3244 | 899.36 | 0.00 | 0.00 | 0.00 |
| CREDIT ONE BANK<br>Acct: XXXXXXXX0107 | 0.00 | 0.00 | 0.00 | 0.00 |
| CFC++<br>Acct: XXXXXXXXX5276 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK NA**<br>Acct: 6083 | 1,860.41 | 0.00 | 0.00 | 0.00 |
| CERASTES LLC<br>Acct: 1321 | 2,311.19 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC<br>Acct: XXXXXXXXX6303 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAVALRY SPV I LLC - ASSIGNEE(*)<br>Acct: 9795 | 1,049.63 | 0.00 | 0.00 | 0.00 |
| PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 1737 | 2,265.02 | 0.00 | 0.00 | 0.00 |
| SUNOCO/CBSD<br>Acct: XXX1170 | 0.00 | 0.00 | 0.00 | 0.00 |
| NAVY FEDERAL CREDIT UNION*<br>Acct: 4988 | 3,908.19 | 0.00 | 0.00 | 0.00 |
| MONTGOMERY WARD(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |

| 15-20229 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: XXXX2273 | | | | |
| | AMERICAN INFOSOURCE LP O/B/O MIDLAI | 675.87 | 0.00 | 0.00 | 0.00 |
| | Acct: 5546 | | | | |
| | DELL FINANCIAL SERVICES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXXX5355 | | | | |
| | CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX0107 | | | | |
| | CFC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX5276 | | | | |
| | GETTINGTON (ISSUED BY WEBBANK) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXXXX0023 | | | | |
| | FIRST DATA++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX0160 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR T | 1,035.15 | 0.00 | 0.00 | 0.00 |
| | Acct: 8304 | | | | |
| | NAVY FEDERAL CREDIT UNION* | 4,074.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 2377 | | | | |
| | NAVY FEDERAL CREDIT UNION* | 2,090.19 | 0.00 | 0.00 | 0.00 |
| | Acct: 6864 | | | | |
| | STONEBERRY | 208.63 | 0.00 | 0.00 | 0.00 |
| | Acct: 5C2G | | | | |
| | HYUNDAI MOTOR FINANCE CO | 6,215.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 1298 | | | | |
| | AMERICAN INFOSOURCE LP AGENT FOR V | 296.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 7758 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,621.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 0896 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 982.27 | 0.00 | 0.00 | 0.00 |
| | Acct: 9242 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 884.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4226 | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 14,218.08 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 425.00 | |
| SECURED | 7,852.67 | |
| UNSECURED | 39,572.93 | |

Date: 10/30/2018

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com