IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 15-20229-CMB |
| VINCENT E. PRATT, | CHAPTER 7 |
| | Related Doc. No.: 93 |
| Debtor | |
| | Hearing Date:  12/17/18@1:30PM |
| VINCENT E. PRATT, | |
| | Response Due:  12/10/18 |
| Movant | |
| ROBERT H. SLONE, Chapter 7 Trustee and M&T BANK, | |
| Respondents | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE
## ON MOTION TO APPROVE LOAN MODIFICATION

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than December 10, 2018 i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on December 17, 2 018. before Judge Carlota M. Bohm in Courtroom B on the 54th Floor of the U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  November 9, 2018

By:/s/ Joseph E. Fieschko, Jr.
Joseph E. Fieschko, Jr., Esquire
Fieschko and Associates, Inc.
2230 Koppers Building
436 7th Avenue
Pittsburgh, PA  15219

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. 15-20229-CMB |
| VINCENT E. PRATT, | CHAPTER 7 |
| | Related Doc. No.: 93 |
| Debtor | Hearing Date: 12/17/18@1:30PM |
| VINCENT E. PRATT, | |
| | Response Due: 12/10/18 |
| Movant | |
| ROBERT H. SLONE, Chapter 7 Trustee and M&T BANK, | |
| Respondents | |

## AFFIDAVIT OF SERVICE

I, Joseph E. Fieschko, Jr., Esquire, Attorney for the Debtor, do hereby certify under penalty of perjury that I have served by first class mail a true and correct copy of the Notice of Hearing with Response Deadline on Motion to Approve Loan Modification on the following:

Electronic filing:
Office of the U.S. Trustee
Robert H. Slone, Chapter 7 Trustee
M&T Bank

Dated: November 9, 2018                By:/s/ Joseph E. Fieschko, Jr.
                                        Joseph E. Fieschko, Jr.
                                        Fieschko and Associates, Inc.
                                        2230 Koppers Building
                                        Pittsburgh, PA  15219
                                        412-281-2204
                                        PA I.D.#28797