IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  VINCENT E. PRATT, | BANKRUPTCY CASE NO.  15-20229-CMB |
| | CHAPTER 13 |
| Debtor | |
| VINCENT E. PRATT, | Hearing Date:  12/17/2018 @1:30 PM |
| Movant | Response Due:  12/10/18 |
| vs. | Related Doc. No.: 93 - 96 |
| ROBERT H. SLONE, Chapter 7 Trustee and M&T BANK, | |
| Respondents | |

CERTIFICATE OF NO OBJECTION REGARDING HEARING ON
MOTION TO APPROVE LOAN MODIFICATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Loan Modification on November 9, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Loan Modification appears thereon.  Pursuant to the Notice of Hearing, objections to the Motion to Approve Loan Modificaiton were to be filed and served no later than December 10, 2018.  It is hereby respectfully requested that the Order attached to the Motion to Approve Loan Modification be entered by the Court.

Dated: December 11, 2018                              By:/s/Joseph E. Fieschko, Jr.
                                                      Joseph E. Fieschko, Jr.
                                                      Fieschko and Associates

2230 Koppers Building
Pittsburgh, PA  15219
412-281-2204
PA I.D.# 28797